AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | Case: 1:22–mj–00228 |
| v. | Assigned To : Magistrate Judge Upadhyaya, Moxila A. |
| DAVID RENE ARREDONDO | Assign. Date : 10/24/2022 |
| | Description: Complaint w/ Arrest Warrant |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_          DAVID RENE ARREDONDO                                ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment     ❐ Superseding Indictment     ❐ Information     ❐ Superseding Information     ☒ Complaint

❐ Probation Violation Petition     ❐ Supervised Release Violation Petition     ❐ Violation Notice     ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder,
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers.

Date:      10/24/2022

_Issuing officer's signature_

City and state:          Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 10/24/2022 , and the person was arrested on _(date)_ 10/26/2022 at _(city and state)_ El Paso Tx, . |
| Date: 10/26/2022 |
| _Arresting officer's signature_ |
| Gabriel Minjares HSI SA / FBI TF _Printed name and title_ |