NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

CRIMINAL NUMBER: 1:22-MJ-0228MAU

DAVID RENE ARREDONDO
    (Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA      ☐ RETAINED      ☒ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

JOHN P. CALHOUN

STATE BAR OF TEXAS NO. 03640500
    *(Attorney & Bar ID Number)*

OFFICE OF THE FEDERAL PUBLIC DEFENDER

WESTERN DISTRICT OF TEXAS
    *(Firm Name)*

700 E. SAN ANTONIO, STE. D-401
    *(Street Address)*

EL PASO, TEXAS 79901
    *(City) (State) (Zip)*

915-534-6525
    *(Telephone Number)*